UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK-ALONZO WILLIAMS, | : | |
| | : | |
| Plaintiff | : | |
| | : | No. 1:17-CV-00079 |
| vs. | : | |
| | : | (Judge Rambo) |
| JOHN WETZEL, et al., | : | |
| | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 26th day of September, 2017, upon consideration of Defendants' motion to dismiss (Doc. No. 23) and brief in support (Doc. No. 28), and Plaintiff's motion for release from SMU (Doc. No. 40); motion for leave to file an amended complaint (Doc. No. 42); "motion" (Doc. No. 43); motion for an extension of time to file a brief in opposition to Defendants' motion to dismiss (Doc. No. 44); and motion for a preliminary injunction (Doc. No. 48), **IT IS ORDERED THAT**:

1. Plaintiff's motion for release from SMU (Doc. No. 40) is **DENIED** for the same reasons as set forth in this Court's July 18, 2017 Memorandum and Order (Doc. Nos. 32, 33);

2. Plaintiff's motion for leave to file an amended complaint (Doc. No. 42) is **GRANTED**. The Clerk of Court shall **DOCKET** the second amended complaint (Doc. No. 43-1) as a separate entry on the docket of this action. Defendants shall answer or otherwise respond to the second amended complaint in accordance with the requirements set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court.

1

Plaintiff, in accordance with Rule 4 of the Federal Rules of Civil Procedure, shall make arrangements to effect service of the second amended complaint on the newly added Defendant as required by the Rules of this Court;

3. Plaintiff's "motion" seeking service forms (Doc. No. 43) is **GRANTED** insofar as the Clerk of Court is **DIRECTED** to provide Plaintiff with the appropriate forms to serve the newly added Defendant;

4. Defendants' motion to dismiss (Doc. No. 23) is **DENIED without prejudice as moot**;

5. Plaintiff's motion for an extension of time to file a brief in opposition to Defendants' motion to dismiss (Doc. No. 44) is **DENIED as moot**; and

6. Plaintiff's motion for a preliminary injunction (Doc. No. 48) is **DENIED**.

      s/Sylvia H. Rambo
      SYLVIA H. RAMBO
      United States District Judge