# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK-ALONZO WILLIAMS,    :
           Plaintiff    :
                          :    No. 1:17-cv-00079
      v.    :
                          :    (Judge Rambo)
JOHN WETZEL, et al.,    :
           Defendants    :

## ORDER

**AND NOW**, on this 5th day of April 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1.  Plaintiff's motion for reconsideration of the Court's denial of his motion for preliminary injunction and temporary restraining order (Doc. No. 59), is **DENIED as moot**;

2.  Plaintiff's motion to amend his brief in opposition to Defendants' motion to dismiss (Doc. No. 70), is construed as a sur-reply brief to Defendants' reply brief (Doc. No. 64), and is **GRANTED** insofar as it is construed as a sur-reply brief;

3.  Plaintiff's motion for a more definite statement (Doc. No. 71), is **DENIED as moot**;

4.  Defendants' motion to dismiss Plaintiff's second amended complaint (Doc. No. 61), is **DENIED**; and

5.  Defendants, within twenty (20) days from the date of this Order, shall respond or otherwise plead to Plaintiff's second amended complaint.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge