## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK-ALONZO WILLIAMS,   **:**
  **Plaintiff**               **:**
                            **:**       **No. 1:17-cv-79**
  **v.**                    **:**
                            **:**       **(Judge Rambo)**
WARDEN JOHN WETZEL, *et al.*, **:**
  **Defendants**            **:**

## <u>ORDER</u>

**AND NOW**, on this 2ⁿᵈ day of July 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1.    Plaintiff's motion for leave to file a brief in support of his motion to order court sanctions and fines (Doc. No. 113) is **GRANTED**;

2.    Defendants' motion for an extension of time to file a response (Doc. No. 119) is **GRANTED**, and their brief in opposition (Doc. No. 122) is **DEEMED** timely filed;

3.    Plaintiff's motion to clarify (Doc. No. 121) is **GRANTED** to the extent that this Order and the accompanying Memorandum serve as the clarification Plaintiff seeks;

4.    Plaintiff's motions for court sanctions and fines (Doc. Nos. 111, 115) are **DENIED**;

5.    Plaintiff's remaining motions and requests (Doc. Nos. 107, 108, 109) are **GRANTED IN PART** and **DENIED IN PART**, as follows:

   a.    The discovery period is **REOPENED** for thirty (30) days from the date of this Order. Plaintiff's motions and requests (Doc. Nos. 107, 108, 109) are **GRANTED** to the extent that, within that thirty (30)-day period, Defendants are **DIRECTED** to produce to Plaintiff:

      i.        Responses to the interrogatories posed to Defendant Klopotoski;

      ii.      Documents in response to Plaintiff's request regarding his "parole packet" in 2014; and

      iii.    Copies of the 2014 and 2015 DOC policies regarding inmate transfers and staff retaliation that are relevant to Plaintiff's requests;

b. Plaintiff's request for summary judgment to be entered in his favor (*see* Doc. Nos. 107, 109) is **DEEMED withdrawn**;

c. Plaintiff's motions and requests (Doc. Nos. 107, 108, 109) are **DENIED** in all other aspects; and

6. The parties are **DIRECTED** to file any dispositive motions they may wish to file within ninety (90) days of the date of this Order.


                s/Sylvia H. Rambo
                SYLVIA H. RAMBO
                United States District Judge