IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK-ALONZO WILLIAMS, **Plaintiff** : : : | |
| v. : : | No. 1:17-cv-0079 |
| WARDEN JOHN WETZEL, *et al.*, **Defendants** : : : | (Judge Rambo) |

# ORDER

**AND NOW**, on this 29th day of August 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for injunction and sanctions (Doc. No. 126) is **DENIED**. To the extent Plaintiff seeks the appointment of counsel, the motion is **DENIED WITHOUT PREJUDICE**;

2. Plaintiff's motion to compel discovery (Doc. No. 129) is **DENIED AS MOOT**; and

3. The parties are reminded that any dispositive motions they may wish to file are due on or before September 30, 2019.

S/SYLVIA H. RAMBO
United States District Judge
