IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK-ALONZO WILLIAMS,** | : | |
| Plaintiff | : | |
| | : | No. 1:17-cv-79 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN JOHN WETZEL,** *et al.*, | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 19th day of December 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Plaintiff's motion to alter judgment (Doc. No. 143) is **DENIED**.

                                                                                      s/Sylvia H. Rambo
                                                                                      Sylvia H. Rambo
                                                                                      United States District Judge