IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK-ALONZO WILLIAMS,
   Plaintiff

v.

WARDEN JOHN WETZEL, *et al.*,
   Defendants

No. 1:17-cv-79

(Judge Rambo)

# ORDER

**AND NOW**, on this 6th day of February 2020, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motions for leave to amend (Doc. Nos. 156, 157) his brief in opposition (Doc. Nos. 154, 155) are **GRANTED**;

2. Defendants' motion for summary judgment (Doc. No. 140) is **GRANTED**;

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Defendants and against Plaintiff Mark-Alonzo Williams with respect to all claims raised in Plaintiff's second amended complaint; and

4. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                                  s/Sylvia H. Rambo
                                  Sylvia H. Rambo
                                  United States District Judge